SAMUEL SHKOLNIK and Another, Doing Business, etc., Respondents, v. CENTRAL FURNITURE FRAME CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX ISENBERG, Appellant.*— Judgment and order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.